ETHERIDGE MIDGETT, Appellant, *v.* BARNEY MASTROPOALO, Doing Business as BARNEY'S TRAILER SERVICE, Respondent.

Submitted January 2, 1951; decided March 8, 1951.

*Alex Gangel* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.